UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

REED O' CONNOR  
U.S. District Judge

214/753-2650 Chambers  
214/753-2657 Facsimile

December 7, 2020

Karen Mitchell  
Clerk of Court  
United States District Court  
Northern District of Texas  
1100 Commerce Street  
Dallas, TX 75242

Re:   4:20-CV-1305-O; Neal v. XTO Energy, Inc.

Dear Ms. Mitchell:

    I hereby recuse myself from the above styled and numbered case. Please see that it is assigned to another judge per the usual procedure.

Sincerely,

Reed O'Connor  
UNITED STATES DISTRICT JUDGE